5 So.2d 854

**E. G. WALLACE v. STATE.**

**7 Div. 616.**

Court of Appeals of Alabama.

Jan. 20, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

11 So.2d 167

**John Dalton (alias Dalton, alias Pigeon) WALLER v. STATE.**

**4 Div. 760.**

Court of Appeals of Alabama.

Nov. 24, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

3 So.2d 927

**Grady WALTON v. STATE.**

**2 Div. 699.**

Court of Appeals of Alabama.

May 27, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

4 So.2d 926

**Nephelian WAMSLEY v. STATE.**

**8 Div. 205.**

Court of Appeals of Alabama.

Oct. 28, 1941.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

1 So.2d 50

**Felton WARE v. STATE.**

**7 Div. 557.**

Court of Appeals of Alabama.

Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

11 So.2d 175

**Shel WARE v. STATE.**

**4 Div. 731.**

Court of Appeals of Alabama.

Nov. 10, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

RICE, Judge.

Affirmed.